**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 97-2475**

ROSA K. LOCKHART, Widow of Donald Lockhart,

Petitioner,

versus

DIRECTOR, OFFICE OF WORKERS' COMPENSATION
PROGRAMS, UNITED STATES DEPARTMENT OF LABOR;
ISLAND CREEK COAL COMPANY,

Respondents.

On Petition for Review of an Order of the Benefits Review Board.
(96-1451-BLA)

Submitted: September 30, 1998      Decided: October 14, 1998

Before NIEMEYER, LUTTIG, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Rosa K. Lockhart, Petitioner Pro Se. Patricia May Nece, Christian
P. Barber, Helen Hart Cox, UNITED STATES DEPARTMENT OF LABOR,
Washington, D.C.; Ronald Gurka, UNITED STATES DEPARTMENT OF LABOR,
Arlington, Virginia; Martin Ellison Hall, Natalie D. Brown, JACKSON
& KELLY, Lexington, Kentucky, for Respondents.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C.A. §§ 901-945 (West 1986 & Supp. 1998). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. <u>Lockhart v. DOWCP</u>, BRB No. 96-1451-BLA (B.R.B. Aug. 27, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>